UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL AUBIN,
    Plaintiff,

v.

BROOKS RANGE CONTRACT
SERVICES, INC., and
PARAGON SYSTEMS, INC.,
    Defendants.

NOTICE OF REMOVAL

CIVIL ACTION NO.
JURY DEMAND

===================================

## JOINT NOTICE OF REMOVAL BY DEFENDANTS

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the Defendants, Brooks Range Contract Services, Inc. ("Brooks Range") and Paragon Systems, Inc. ("Paragon") (collectively, "Defendants") hereby remove this case from the Superior Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. This Court has original subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1332 because complete diversity exists and the amount in controversy exceeds $75,000. In support of this Notice of Removal, Defendants aver as follows.

**I.    THE COURT HAS ORIGINAL SUBJECT MATTER JURISDICTION**

1. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the dispute is between citizens of different states and there is a reasonable probability that the amount in controversy with respect to Plaintiff's claim exceeds $75,000.

    **A.    Diversity of Citizenship Exists**

        1. Plaintiff, Michael Aubin, is a citizen of the Commonwealth of Massachusetts.

2. The Defendant, Brooks Range, is a corporation organized and existing under the laws of Alaska with its principal place of business at 1603 College Road, Fairbanks, Fairbanks North Star County, Alaska. Brooks Range is therefore a citizen of Alaska.

3. The Defendant, Paragon, is a corporation organized and existing under the laws of Alabama with its principal place of business at 13900 Lincoln Park Drive, Suite 300, Herndon, Fairfax County, Virginia. Paragon is therefore a citizen of Alabama.

4. For purposes of 28 U.S.C. § 1332(a), there is complete diversity of citizenship between the parties. *See* 28 U.S.C. § 1332(c)(1).

**B.  The Amount-in-Controversy Requirement is Satisfied**

1. To meet the amount-in-controversy requirement for diversity jurisdiction, the amount in controversy with respect to Plaintiff's claims must exceed $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332(a). In his Suffolk County lawsuit, the plaintiff claims special damages of at least $38,069.60 which constitutes his claimed past medical expenses. There is a reasonable probability that any verdict after trial, should the plaintiff succeed in his claims against one or both of the defendants, would exceed the $75,000 jurisdictional amount.

**II.  CONFORMANCE WITH OTHER PROCEDURAL REQUIREMENTS**

1. No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

2. The United States District Court for the District of Massachusetts is the federal judicial district encompassing the Suffolk Superior Court, where this suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

3. Pursuant to the provisions of 28 U.S.C. § 1446(d), Defendants will promptly file a copy of this Notice of Removal with the clerk of the Superior Court of Massachusetts, Suffolk County, and will serve a copy upon Plaintiff's counsel.

4. If any questions arise as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief in support of their position that the case is removable.

5. Accordingly, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the present lawsuit may be removed from the Superior Court of Massachusetts, Suffolk County, and brought before the United States District Court for the District of Massachusetts.

WHEREFORE, Defendants hereby respectfully remove the above-captioned action from the Superior Court of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts.

Respectfully Submitted,

Brooks Range Contract Services, Inc.
By its Attorneys,

/s/ *Robert P. Snell*

Robert P. Snell (BBO#470930)
Law Offices of Steven B. Stein
Two Financial Center
Sixty South Street Suite 1000
Boston, MA 02111
Mailing Address: P. O. Box 2903
Hartford, CT 06104-2903
(617) 772-2841
rsnell@travelers.com

Paragon Systems, Inc.,
By its attorneys,

*/s/ Robert M. Buchholz*

_____
Robert M. Buchholz, BBO # 685804
Hinshaw & Culbertson, LLP
53 State Street, 27th Floor
Boston, MA  02109
617-213-7000
rbuchholz@hinshawlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on May16, 2022 I electronically filed the foregoing Notice of Removal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Robert P. Snell
_____  _____
Robert P. Snell