# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL AUBIN,<br><br>        Plaintiff,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC. and PARAGON SYSTEMS, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 1:22-cv-10753 |

## **PARAGON SYSTEMS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

The Defendant, Paragon Systems, Inc. ("Paragon"), responds to the Complaint filed by the Plaintiff, Michael Aubin (the "Plaintiff"), as follows:

## **PARTIES**

1.  Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

2.  Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

3.  Admitted.

4.  Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

5.  Paragon admits that it provides security services at the John F. Kennedy Federal Office Building pursuant to a written agreement with the Federal Protective Service, and Paragon denies the allegations in this paragraph to the extent that they are inconsistent with that agreement.

## **FACTS COMMON TO ALL COUNTS**

6.  Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

7. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

8. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

9. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

10. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

11. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

12. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

## **COUNT ONE**

### **Negligence v. Brooks Range Contract Services, Inc.**

13. Paragon incorporates by reference its answers to Paragraphs 1 through 12.

14. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

15. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

16. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

17. Paragon is without knowledge or information sufficient to admit or deny the truth of the allegations contained in this paragraph.

1051007\310619627.v1

## COUNT TWO

## Negligence v. Paragon Systems, Inc.

18. Paragon incorporates by reference its answers to Paragraphs 1 through 17.

19. The duty of care Paragon owed to the Plaintiff, if any, is established by law, and Paragon denies the Plaintiff's characterization of that duty to the extent it is inconsistent therewith. Paragon denies the remaining allegations in this paragraph.

20. The duty of care Paragon owed to the Plaintiff, if any, is established by law, and Paragon denies the Plaintiff's characterization of that duty to the extent it is inconsistent therewith. Paragon denies the remaining allegations in this paragraph.

21. Denied.

22. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's alleged injuries, if any, were caused by the intervening and superseding acts or omissions by third-parties over whom Paragon is not responsible and had no duty to control.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by their own fault and culpable conduct, including assumption of the risk, comparative fault and contributory negligence.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations.

1051007\310619627.v1

**FIFTH AFFIRMATIVE DEFENSE**

The Complaint must be dismissed for failing to name an indispensable party that can no longer be joined.

**DEFENDANT PARAGON SYSTEMS, INC'S CROSSCLAIM AGAINST CODEFENDANT BROOKS RANGE CONTRACT SERVICES, INC.**

Paragon states the following for its crossclaim against Defendant, Brooks Range Contract Services, Inc. ("Brooks"):

1. Paragon is a corporation organized under the laws of the State of Alabama with a principal place of business in Herndon, Virginia.

2. On information and belief, Brooks is a corporation organized under the laws of the State of Alaska with a business office located at 1125 Sudbury Street, Boston, Massachusetts.

3. The Plaintiff alleges that Brooks was required to operate, maintain, and repair the property where the Plaintiff's injury allegedly occurred.

4. The Plaintiff alleges that the sidewalk where his injury occurred was defective.

5. The Plaintiff alleges that there were no warning devices stating that the sidewalk was defective.

6. The Plaintiff alleges that, on November 22, 2019, he fell on the defective sidewalk and was injured.

**COUNT I – CONTRIBUTION**

7. Paragon repeats and incorporates by reference Crossclaim Paragraphs 1 through 6.

8. The Plaintiff alleges that Paragon is liable for not inspecting, maintaining or warning of the allegedly defective sidewalk.

9. If Paragon is found liable to the Plaintiff, which liability is denied, Brooks is jointly liable in tort to the Plaintiff, and Paragon is entitled to contribution from Brooks.

1051007\310619627.v1

WHEREFORE, Paragon requests judgment against Brooks on its crossclaim for contribution.

## JURY DEMAND

Paragon demands a trial by jury on all allegations made in the Complaint and the Crossclaim and all affirmative defenses thereto.

Respectfully submitted,

PARAGON SYSTEMS, INC.

By: Their Attorney

*/s/ Robert M. Buchholz*
Robert M. Buchholz, BBO #685804
HINSHAW & CULBERTSON LLP
53 State Street
27th Floor
Boston, MA 02109
Tel: 617-213-7000
Fax: 617-213-7001
rbuchholz@hinshawlaw.com

Dated: May 23, 2022

## CERTIFICATE OF SERVICE

I, Robert M. Buchholz, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Robert M. Buchholz*
Robert M. Buchholz